USDC SCAN INDEX SHEET

















GEP   4/19/05   11:45

3:05-CV-00823   PLUMBERS V. PETCO ANIMAL

*1*

*CMP.*

# ORIGINAL

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   DARREN J. ROBBINS (168593)
3  401 B Street, Suite 1600
   San Diego, CA 92101
4  Telephone: 619/231-1058
   619/231-7423 (fax)
5
   Attorneys for Plaintiff
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10
   PLUMBERS AND PIPEFITTERS LOCAL 51 )  No. '05 CV 0823 H   (RBB)
11 PENSION FUND, On Behalf of Itself and All )
   Others Similarly Situated,              )
12                                         )  CLASS ACTION
                                           )
13                         Plaintiff,      )  COMPLAINT FOR VIOLATION OF
                                           )  FEDERAL SECURITIES LAWS
14      vs.                                )
                                           )
15 PETCO ANIMAL SUPPLIES, INC., JAMES )
   M. MYERS and RODNEY CARTER,            )
16                                         )
                         Defendants.       )
17                                         )  DEMAND FOR JURY TRIAL
                                           )

18

19

20

21

22

23

24

25

26

27

28

## INTRODUCTION

1.      This is an action on behalf of purchasers of PETCO Animal Supplies, Inc. ("PETCO" or the "Company") common stock during the period from November 18, 2004 to April 14, 2005 (the "Class Period"). PETCO is a specialty retailer of premium pet food, supplies and services with 654 stores in 43 states and the District of Columbia. The Company's products include pet food, supplies, grooming products, toys, novelty items, vitamins and veterinary supplies. It also offers for sale small pets such as fish, birds and other small animals.

2.      During the Class Period, defendants caused PETCO's shares to trade at artificially inflated levels through the issuance of false and misleading financial statements. On November 18, 2004, PETCO announced third quarter FY 2004 results and raised its guidance for FY 2004. The Company subsequently issued very favorable results for FY 2004. As a result, by April 2005, the Company's stock was trading above $37 per share.

3.      Then, on April 15, 2005, before the market opened, the Company issued a press release entitled "PETCO to Delay Filing of Form 10-K." The release stated that PETCO would delay the filing of its Form 10-K with the Securities and Exchange Commission and that it had requested a 15-day extension after it discovered accounting errors related to certain under-accrued expenses in its distribution operations. The Company anticipated its Q4 2004 earnings would be reduced by $3.0-$4.5 million and that FY 2005 earnings would be reduced by a similar amount, as it took into consideration the nature of the under-accrual of expenses.

4.      The stock dropped 15% to close at $30.36 per share on these revelations of accounting improprieties.

## JURISDICTION AND VENUE

5.      The claims asserted herein arise under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act") and Rule 10b-5 promulgated thereunder. Jurisdiction is conferred by §27 of the 1934 Act.

6.      (a)      Venue is proper pursuant to §27 of the 1934 Act as defendant PETCO and/or the Individual Defendants conduct business in and the wrongful conduct took place in this District.

- 1 -

1         (b)    PETCO's executive offices are located at 9125 Rehco Road, San Diego,

2 California where the day-to-day operations of the Company are directed and managed.

3 **THE PARTIES**

4     7.    Plaintiff Plumbers and Pipefitters Local 51 Pension Fund purchased PETCO common

5 stock as detailed in the attached Certification and was damaged thereby.

6     8.    Defendant PETCO is a specialty retailer of premium pet food, supplies and services

7 with 654 stores in 43 states and the District of Columbia.

8     9.    Defendant James M. Myers ("Myers") is Chief Executive Officer of PETCO. Meyers

9 assisted in the preparation of the false financial statements and repeated the contents therein to the

10 market.

11     10.    Defendant Rodney Carter ("Carter") is Chief Financial Officer of PETCO.  Carter

12 assisted in the preparation of the false financial statements and repeated the contents therein to the

13 market.

14     11.    Defendants Myers and Carter are the "Individual Defendants." They are liable for the

15 false statements pleaded in ¶¶13-14, as those statements were "group-published" information.

16 **BACKGROUND**

17     12.    PETCO is a specialty retailer of premium pet food, supplies and services with 654

18 stores in 43 states and the District of Columbia. The Company's products include pet food, supplies,

19 grooming products, toys, novelty items, vitamins and veterinary supplies. It also offers small pets

20 such as fish, birds and other small animals (excluding cats and dogs). PETCO stores combine the

21 merchandise selection and everyday low prices of a pet supply warehouse store with the location and

22 customer service of a neighborhood pet supply store. The Company also offers obedience training in

23 most of its stores, grooming in the majority of its stores and limited veterinary services, such as

24 routine vaccinations, at a number of stores.

25

26

27

28

**FALSE AND MISLEADING STATEMENTS
DURING THE CLASS PERIOD**

13.     On November 18, 2004, the Company reported financial results for Q3 2004, ended October 30, 2004.  The Company also provided its guidance for Q4 and FY 2004, and provided its initial outlook for FY 2005.  The release stated in part:

**PETCO Reports Third Quarter Fiscal 2004 Results**

*       Comparable Store Net Sales Increase 7.0% on Top of 6.0% in the Prior Year Period

*       Net Earnings Increase 33% to $0.36 per Diluted Share over the Prior Year Pro Forma

*       Raising 2004 Earnings Guidance to $1.50 to $1.51 per Diluted Share

*       Company Offers Outlook for 2005 Earnings of $1.80 to $1.82 per Diluted Share

                                *       *       *

Third Quarter Results

        Net sales in the third quarter of 2004 were $455.5 million with a comparable store net sales increase of 7.0%. The comparable store net sales increase in the period comes on top of a 6.0% increase in the prior year's third quarter. Overall, net sales increased 12.9% over the third quarter of fiscal 2003.

        Net earnings for the third quarter increased to $21.0 million, or $0.36 per diluted share, compared to net earnings of $19.2 million, or $0.33 per diluted share, in the prior year third quarter.

        The third quarter of 2003 results included a $3.4 million favorable resolution of an income tax accrual. Excluding this amount, pro forma net earnings for the third quarter of 2003 were $15.8 million, or $0.27 per diluted share. On a comparable basis, net earnings for the third quarter of 2004 increased 33% over the prior year period pro forma net earnings.

        "PETCO's track record of outstanding comp sales gains continued in the third quarter, reaching 7.0%, reflecting the strength of our business and the industry in which we operate," commented PETCO's Chairman, Brian K. Devine.

        "Our strong comp sales drove a 33% increase in quarterly net earnings to $0.36 per diluted share," commented PETCO's Chief Executive Officer, James M. Myers. "We will continue to focus on driving top-line growth while we execute our strategies to deliver a shopping experience that delights our pet-loving customers."

Thirty-Nine Weeks Year-to-Date Results

        Net sales year-to-date were $1.3 billion with a comparable store net sales increase of 6.7%. The comparable store net sales increase comes on top of a 5.6% increase in the prior year period. Overall, net sales increased 13.1% year-to-date.

Net earnings year-to-date were $56.1 million, or $0.96 per diluted share, compared to net earnings of $43.8 million, or $0.75 per diluted share, in the prior year period.

Year-to-date results for 2003 included a $3.4 million favorable resolution of an income tax accrual, and $1.0 million of non-cash debt retirement costs, net of related tax effects, resulting from an early repayment of a portion of the Company's long-term senior credit facility.

Excluding these items, 2003 year-to-date pro forma net earnings were $41.4 million, or $0.71 per diluted share. On a comparable basis, net earnings year-to-date increased 36% over the prior year period pro forma net earnings.

"During the third quarter, PETCO successfully completed its transition to a more widely-held stock, with the sales by financial sponsors Leonard Green & Partners and Texas Pacific Group of their remaining ownership stakes. The successful execution of our strategic roadmap for profitable growth, provides us with significant financial flexibility and opportunities to further optimize our capital structure," commented Rodney Carter, Senior Vice President and Chief Financial Officer.

Rising Gross Profit and Operating Margins

Gross profit margin improved 140 basis points to 35.4% in the third quarter of 2004. Continued change in mix from lower-margin pet food to higher margin categories, improvements in pet food margins, and favorable shrink results contributed to margin growth. Offsetting margin gains were higher fuel prices and overall distribution costs. In addition, this margin performance includes the effects of the adoption of EITF 02-16 in fiscal 2003, which resulted in a 60 basis point increase, as described below.

Operating income for the third quarter increased 22% to $39.5 million, compared to $32.3 million in the prior year third quarter. Operating income as a percentage of sales increased 70 basis points to 8.7% in the third quarter of 2004 compared to 8.0% in the third quarter of 2003.

Outlook for the Full Fiscal Years 2004 and 2005

The Company currently expects a comparable store net sales increase of approximately 6% for the fourth quarter of 2004. This increase in comparable store net sales would come on top of the 5.6% increase achieved in the fourth quarter of 2003. The Company is raising its outlook for fiscal 2004 earnings per diluted share to a range of $1.50-$1.51. The Company currently expects fourth quarter diluted earnings per share in the range of $0.54-$0.55. The Company's commitment to achieving its long-term objective of 20% net earnings growth would indicate fiscal 2005 earnings per diluted share would be in the range of $1.80-$1.82.

14.     On March 10, 2005, the Company issued a press release entitled "PETCO Reports Results for the Fourth Quarter and Fiscal Year 2004." The release stated in part:

*       Fourth Quarter Comparable Store Net Sales Increase 5.1% on Top of 5.6% in the Prior Year Period

*       Fourth Quarter Pro Forma Net Earnings Increase to $0.55 Per Diluted Share

- 4 -

1    *    Fourth Quarter Net Earnings Increase 32% to $0.47 Per Diluted Share.

2                      *       *       *

3    Net sales in the fourth quarter of 2004 were $492.3 million with a comparable
store net sales increase of 5.1%. The comparable store net sales increase in the period
4    comes on top of a 5.6% increase in the prior year's fourth quarter. Overall, net sales
increased 10.9% over the fourth quarter of fiscal 2003.

5

6    Net earnings for the fourth quarter increased to $27.6 million, or $0.47 per
diluted share. This included after-tax charges of $4.1 million, or $0.07 per diluted
7    share, for debt retirement costs associated with the refinancing of the Company's
senior credit facilities and the repurchase of $16.0 million of senior subordinated
8    notes, and $0.8 million, or $0.01 per diluted share, for lease accounting corrections,
as described below. These results compared to net earnings of $20.9 million, or $0.36
9    per diluted share, in the prior year fourth quarter. The fourth quarter 2003 results
included an after-tax charge of $6.5 million for debt retirement costs.

10   Excluding the previously mentioned items, pro forma net earnings for the
fourth quarter of 2004 increased 18.6% to $32.5 million, or $0.55 per diluted share,
11   compared to pro forma net earnings for the fourth quarter of fiscal 2003 of $27.4
million, or $0.47 per diluted share.

12

13   "The comparable store sales increase of 5.1% in the fourth quarter extends
our record of strong comp sales increases to 48 consecutive quarters of 4.6% or
14   greater," commented PETCO's Chairman, Brian K. Devine.

15   When reviewing the Company's sales for the fourth quarter, PETCO's Chief
Executive Officer, James M. Myers, commented, "As we reported previously, we had
16   a relatively slow start to the fourth quarter in the election doldrums of November.
Solid holiday sales in December accelerated into January. However, in the second
17   half of January, harsh winter storms in the northeast and unusually rainy weather on
the west coast negatively affected customer traffic and diluted comp sales for the
18   quarter. Our sales performance to date in the first quarter of fiscal 2005 resumed to
levels consistent with our experience and expectations."

19   Full Year 2004 Results

20   Net sales in fiscal 2004 were $1.81 billion with a comparable store net sales
increase of 6.2%. The comparable store net sales increase comes on top of a 5.6%
21   increase in the prior-year period. Overall, net sales increased 12.5% over fiscal 2003.

22   Net earnings in fiscal 2004 were $83.7 million, or $1.43 per diluted share,
compared to net earnings of $64.7 million, or $1.11 per diluted share, in the prior
23   year period.

24   Fiscal 2004 included after-tax charges of $4.1 million, or $0.07 per diluted
share, for debt retirement costs, and $0.8 million, or $0.01 per diluted share, for the
25   lease accounting corrections. Fiscal 2003 included an after-tax charge of $7.4 million
for debt retirement costs and a favorable resolution of an income tax accrual of $3.4
26   million.

27   Excluding the previously mentioned items, pro forma net earnings for fiscal
2004 increased 28.8% to $88.6 million, or $1.51 per diluted share from $68.8
28   million, or $1.18 per diluted share, in the prior year.

- 5 -

**Improved Operating Margins**

Operating income was $56.3 million in the fourth quarter of 2004. This included a charge of $1.3 million for the lease accounting corrections. Excluding this item, pro forma operating margin was 11.7%, an increase of approximately 40 basis points over the prior year period. A 90 basis point decrease in selling, general and administrative expenses as a percentage of sales was offset by a 50 basis point decrease in gross profit margin to produce the overall increase in pro forma operating margin.

Gross profit margin was 36.0% for the fourth quarter of 2004. Excluding the lease accounting corrections, pro forma gross profit margin was 36.3%. Initial gross margin improved 70 basis points from the continued change in mix from lower margin pet food to higher margin categories. Higher distribution costs decreased gross margin by 55 basis points primarily related to recent penetration into new markets, such as South Florida, where initial entry costs have been high. Occupancy costs associated with the delay in new store openings and increased store closing costs decreased gross margin by 75 basis points.

*      *      *

**Store Expansion Program**

PETCO opened 17 new stores during the fourth quarter of fiscal 2004. The addition of 11 new stores during the period, net of relocations and closings, increased the store base to 716 locations. During this same period, PETCO completed 10 remodels of existing stores and now has over 335 stores in its latest store formats.

The Company opened 81 new stores during fiscal 2004, or 62 new stores net of relocations and closings. During this same period, the Company completed 50 remodels of existing stores.

PETCO will continue to advance its national presence in 2005 by opening approximately 90 new stores, or approximately 70 new stores net of relocations and closings, while continuing with its strategic initiative of remodeling up to 50 existing stores.

In commenting on PETCO's expansion plans, Mr. Myers stated, "We now believe that there is the potential for 1,500-1,600 PETCO stores nationwide. Recent analysis of our targeted demographics, including population growth and density, income levels, market share, and overall spending on pets supports this opportunity."

**Outlook**

The Company currently expects a comparable store net sales increase of approximately 5%-6% for the first quarter of fiscal 2005. This increase in comparable store net sales would come on top of the 6.3% increase achieved in the first quarter of 2004. Accordingly, the Company currently expects earnings per diluted share in the range of $0.33-$0.34 for the first quarter of fiscal 2005.

For the full fiscal year of 2005, the Company currently expects a comparable store net sales increase of approximately 5%-6%. The Company currently expects earnings per diluted share in the range of $1.80-$1.81 for the full fiscal year 2005, which would represent an increase of approximately 20% over the pro forma net

earnings of $1.51 per diluted share the Company is reporting today for the full fiscal year 2004.

This outlook includes the effect of the recent lease accounting clarification by the SEC, as well as a higher effective tax rate of 39.7%. Their combined effect reduces earnings by $0.01-$0.02 per diluted share for fiscal 2005.

The outlook for the first quarter and full fiscal year of 2005 excludes an after-tax charge of approximately $1.5 million, or $0.03 per diluted share, for debt retirement costs associated with the $14.7 million of senior subordinated notes repurchased during the first quarter of fiscal 2005.

15.    On this news, PETCO's stock price increased from $34.99 per share to $37.29 per share.

16.    On April 15, 2005, before the market opened, the Company issued a press release which stated in part:

PETCO Animal Supplies, Inc. today announced that it is filing a Form 12b-25 with the Securities and Exchange Commission for a 15-day extension-filing deadline for its Annual Report on Form 10-K for the year ended January 29, 2005.

On April 1, 2005, subsequent to its announcement of unaudited results for the fourth quarter and full fiscal year 2004, PETCO discovered within its Distribution Operation instances of errors in which certain expenses were under-accrued. Immediately upon identification of these errors within the Distribution Operation, PETCO took action to strengthen its internal controls, including policies, responsibilities and practices.

PETCO is reviewing changes to its financial results for the fourth quarter and full fiscal 2004 ended January 29, 2005, and is working with its independent registered public accounting firm to determine whether it will be necessary to restate its financial results. Based on the review to date, the Company anticipates reporting a reduction in its fourth quarter 2004 net earnings of $3.0 million to $4.5 million, or approximately $0.05 to $0.07 per diluted share.

Further, the Company expects that earnings for fiscal 2005 would be reduced by approximately $0.05 to $0.07 per diluted share, after taking into consideration the nature of the under-accrual of expenses that are anticipated to result in changes to previously announced financial results.

PETCO's Chief Executive Officer, James M. Myers, said, "We have devoted significant resources to address and strengthen our processes and controls in our Distribution Operation. While it is very disappointing to identify control deficiencies in any part of our Company, it is worth emphasizing that, based on the initial results of our review, these errors have been limited to our Distribution Operation, and processes have been put in place to ensure these errors do not occur in the future."

17.    On this news, PETCO's stock collapsed to $30.36 per share, a one day drop of 13.6%, on volume of 8.8 million shares, 20 times the average daily volume.

- 7 -

18.     The fact that PETCO will restate its financial statements is an admission that the financial statements originally issued were false and that the overstatement of income was material. Pursuant to GAAP, as set forth in Accounting Principles Board Opinion ("APB") No. 20, the type of restatement announced by PETCO is to correct for material errors in its previously issued financial statements. *See* APB No. 20, ¶¶7-13. The restatement of past financial statements is a disfavored method of recognizing an accounting change as it dilutes confidence by investors in the financial statements, it makes it difficult to compare financial statements and it is often difficult, if not impossible, to generate the numbers when restatement occurs. *See* APB No. 20, ¶14. Thus, GAAP provides that financial statements should only be restated in limited circumstances, *i.e.*, when there is a change in the reporting entity, there is a change in accounting principles used or to correct an error in previously issued financial statements. PETCO's restatement will not be due to a change in reporting entity or a change in accounting principle, but rather to errors in previously issued financial statements. Thus, the restatement is an admission by PETCO that its previously issued financial results and its public statements regarding those results were materially false.

## FIRST CLAIM FOR RELIEF

### For Violation of §10(b) of the 1934 Act
### and Rule 10b-5 Against All Defendants

19.     Plaintiff incorporates ¶¶1-18 by reference.

20.     During the Class Period, defendants disseminated or approved the false statements specified above, which they knew or recklessly disregarded were materially false and misleading in that they contained material misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

21.     Plaintiff and the Class have suffered damages in that, in reliance on the integrity of the market, they paid artificially inflated prices for PETCO common stock. Plaintiff and the Class would not have purchased PETCO common stock at the price they paid, or at all, if they had been aware that the market price had been artificially and falsely inflated by defendants' misleading statements.

1    22.    As a direct and proximate result of these defendants' wrongful conduct, plaintiff and

2  the other members of the Class suffered damages in connection with their purchases of PETCO

3  common stock during the Class Period.

### SECOND CLAIM FOR RELIEF

#### For Violation of §20(a) of the 1934 Act Against All Defendants

6    23.    Plaintiff incorporates ¶¶1-22 by reference.

7    24.    The Individual Defendants acted as controlling persons of PETCO within the

8  meaning of §20(a) of the 1934 Act. By reason of their positions as officers and/or directors of

9  PETCO, and their ownership of PETCO stock, the Individual Defendants had the power and

10  authority to cause PETCO to engage in the wrongful conduct complained of herein. The Individual

11  Defendants of PETCO prepared, or were responsible for preparing, the Company's press releases

12  and SEC filings. The Individual Defendants controlled other employees of PETCO. PETCO

13  controlled the Individual Defendants and each of its officers, executives and all of its employees. By

14  reason of such conduct, defendants are liable pursuant to §20(a) of the 1934 Act.

### CLASS ACTION ALLEGATIONS

16    25.    Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules

17  of Civil Procedure on behalf of all persons who purchased PETCO common stock on the open

18  market during the Class Period (the "Class"). Excluded from the Class are defendants, directors and

19  officers of PETCO and their families and affiliates.

20    26.    The members of the Class are so numerous that joinder of all members is

21  impracticable. The disposition of their claims in a class action will provide substantial benefits to

22  the parties and the Court. During the Class Period, PETCO had more than 57 million shares of stock

23  outstanding, owned by thousands of persons.

24    27.    There is a well-defined community of interest in the questions of law and fact

25  involved in this case. Questions of law and fact common to the members of the Class which

26  predominate over questions which may affect individual Class members include:

27        (a)    Whether the 1934 Act was violated by defendants;

28        (b)    Whether defendants omitted and/or misrepresented material facts;

- 9 -

1         (c)     Whether defendants' statements omitted material facts necessary to make the

2  statements made, in light of the circumstances under which they were made, not misleading;

3         (d)     Whether defendants knew or recklessly disregarded that their statements were

4  false and misleading;

5         (e)     Whether the price of PETCO common stock was artificially inflated; and

6         (f)     The extent of damage sustained by Class members and the appropriate

7  measure of damages.

8                                **PRAYER**

9      WHEREFORE, plaintiff prays for judgment as follows: declaring this action to be a proper

10  class action; awarding damages, including interest; awarding plaintiff reasonable costs, including

11  attorneys' fees; and such other relief as the Court may deem just and proper.

12                             **JURY DEMAND**

13      Plaintiff demands a trial by jury.

14  DATED:  April 18, 2005          LERACH COUGHLIN STOIA GELLER
                                     RUDMAN & ROBBINS LLP

15                           WILLIAM S. LERACH
                           DARREN J. ROBBINS

16

17

18                           DARREN J. ROBBINS

19                           401 B Street, Suite 1600
                           San Diego, CA  92101

20                           Telephone:  619/231-1058
                           619/231-7423 (fax)

21

22                           Attorneys for Plaintiff
  S:\CptDraft\Securities\Cpt Petco.doc

23

24

25

26

27

28

1             CERTIFICATION OF NAMED PLAINTIFF
           PURSUANT TO FEDERAL SECURITIES LAWS

2

3        PLUMBERS AND PIPEFITTERS LOCAL 51 PENSION FUND ("Plaintiff")

4   declares:

5        1.    Plaintiff has reviewed a complaint and authorized its filing.

6        2.    Plaintiff did not acquire the security that is the subject of this action at the

7   direction of plaintiff's counsel or in order to participate in this private action or any

8   other litigation under the federal securities laws.

9        3.    Plaintiff is willing to serve as a representative party on behalf of the

10  class, including providing testimony at deposition and trial, if necessary.

11       4.    Plaintiff has made the following transaction(s) during the Class Period in

12  the securities that are the subject of this action:

13
   Security           Transaction        Date          Price Per Share
14

15                   *See* attached Schedule A.

16       5.    During the three years prior to the date of this Certificate, Plaintiff has

17  not sought to serve or served as a representative party for a class in an action filed

18  under the federal securities laws except as detailed below:

19

20

21

22

23

24

25       6.    The Plaintiff will not accept any payment for serving as a representative

26  party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

27

28

1 | except such reasonable costs and expenses (including lost wages) directly relating to
2 | the representation of the class as ordered or approved by the court.

3 |      I declare under penalty of perjury that the foregoing is true and correct.
4 | Executed this 8 day of ___April___, 2005.

PLUMBERS AND PIPEFITTERS LOCAL
51 PENSION FUND

By: _____
     KENNETH HUReCLITH

Its: Co CHAR _____

S:\Case Startup\Petco\Certs\Plumbers 51.doc

- 2 -

PETCO

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Acquisitions**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 02/16/2005 - SD | 470 | $37.2620 |
| 02/16/2005 - SD | 710 | $37.2620 |
| 02/22/2005 - SD | 50 | $37.0000 |
| 03/09/2005 - SD | 250 | $36.4700 |
| 03/09/2005 - SD | 190 | $36.2947 |

Settlement dates are indicated with "SD" attached to the date.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET



sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
PLUMBERS AND PIPEFITTERS LOCAL 51 PENSION FUND, On Behalf of Itself and All Others Similarly Situated,

**DEFENDANTS**
PETCO ANIMAL SUPPLIES, INC., JAMES M. MYERS and RODNEY CARTER,

05 APR 18 PH 4:08

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Rhode Island
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY):
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

'05 CV 0823 H    (RBB)

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman
 & Robbins LLP
401 B Street, Suite 1600, San Diego, CA 92101

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)    FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**
COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS: 15 U.S.C. §§78j(b) and 78t(a)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☒ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 710Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**
☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☒ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
Check YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE _____ Docket Number _____

DATE April 18, 2005        SIGNATURE OF ATTORNEY OF RECORD

#112448    250- MS

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)