USDC SCAN INDEX SHEET

R1R 8/11/06 7:45

3:05-CV-00823 PETCO CORP V.

*61*

*O.*

2006 AUG 10 PM 2:

BY ___ ___ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re PETCO ANIMAL SUPPLIES INC. SECURITIES LITIGATION,

CASE NO. 05-CV-0823-H (RBB)

SUPPLEMENTAL ORDER GRANTING MOTIONS TO DISMISS DEFENDANTS DANHAKL AND COSLET

[Docket Nos. 28, 35, & 60]

In an Order filed on August 1, 2006, the Court granted in part and denied in part Defendants' motions to dismiss the Consolidated Complaint alleging violations of the Securities Exchange Act of 1934. Plaintiffs named, among others, Jonathan Coslet (an officer, director, and shareholder of Defendant Texas Pacific Group) and John Danhakl (a managing partner of Defendant Leonard Green & Partners). Both Coslet and Danhakl had served on Defendant Petco's Board of Directors. The Court granted their motions to dismiss as to each cause of action; however, neglected to include their names in the concluding paragraph. Accordingly, the Court dismisses without prejudice Defendants Jonathan Coslet and John Danhakl from these consolidated proceedings. All other provisions of the August 1, 2006 Order remain in effect.

IT IS SO ORDERED.

DATED: 8/9/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

cc: all counsel of record

61 RR