ORIGINAL

ERIC S. WAXMAN (State Bar No. 106649)
ROBERT F. LeMOINE (State Bar No. 222350)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
(213) 687-5000
(213) 687-5600 (fax)

FILED
2006 AUG 30 PM 12:47
CLERK U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY RS DEPUTY

Attorneys for Defendants
Leonard Green & Partners, L.P., Green Equity Investors III, L.P., John Danhakl, Peter J. Nolan, Jonathan D. Sokoloff and John M. Baumer

VIA FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re PETCO CORPORATION SECURITIES LITIGATION

This Document Relates To:

ALL ACTIONS

Master File No. 05-CV-0823-H (RBB)

CLASS ACTION

LGP DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO DISMISS CONSOLIDATED COMPLAINT

Date: October 10, 2006
Time: 10:30 a.m.
Courtroom: 13

Honorable Marilyn L. Huff

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on October 10, 2006 at 10:30 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Marilyn L. Huff, located at 940 Front Street, San Diego, California, Defendants Leonard Green & Partners, L.P., Green Equity Investors III, L.P., John Danhakl, Peter J. Nolan, Jonathan D. Sokoloff, and John M. Baumer shall, and hereby do, move for clarification of this Court's August 1, 2006 Order granting in part and denying in part Defendants' Motions to Dismiss Plaintiffs' Consolidated Complaint filed on October 17, 2005.

Specifically, the defendants whose motions to dismiss were granted seek clarification that in the event Plaintiffs choose not to amend their complaint by September 1, 2006 – the date specified in this Court's August 1, 2006 Order – the dismissal of the defendants whose motions were granted will be with prejudice pursuant to the discovery stay of the Private Securities Litigation Reform Act. 15 U.S.C. § 78u-4(b)(3)(B). This motion is based upon this Notice of Motion and Motion, the accompanying memorandum of points and authorities, the pleadings and papers filed in this action, and such oral argument as the Court may entertain.

DATED: August 30, 2006

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: ______________________
Eric S. Waxman
Attorneys for Defendants
Leonard Green & Partners, L.P., Green Equity Investors III, L.P., John Danhakl, Peter J. Nolan, Jonathan D. Sokoloff, and John M. Baumer

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, CA 90071-3144.

On August 30, 2006, I served the foregoing document described as:

LGP'S DEFENDANTS' NOTICE OF MOTION AND MOTION FOR CLARIFICATION OF ORDER GRANTING IN PART AND DENYING IN PARTY MOTIONS TO DISMISS CONSOLIDATED COMPLAINT

on the interested parties in this action by placing true copies thereon enclosed in sealed envelopes addressed as follows:

SEE ATTACHED SERVICE LIST

☐ (BY Fax) I am readily familiar with the firm's practice of facsimile transmission; on this date at about : to () - the document was transmitted by facsimile transmission and that the transmission was reported as complete and without error and that the attached transmission report was properly issued by the transmitting facsimile machine. [As noted.]

☒ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. [As noted.]

☐ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with Federal Express and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Los Angeles, California and placed for collection and mailing following ordinary business practices. [As noted.]

☐ (BY PERSONAL SERVICE)

☐ By personally delivering copies to the person served. (STATE/FEDERAL) [As Noted]

☐ I delivered such envelope by hand to the office of the addressee pursuant to CCP § 1011. (STATE/FEDERAL) [As Noted]

Print Name Signature

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that above is true and correct.

☒ Executed on August 30, 2006 at Los Angeles, California.

Allison G. Velkes
Type or Print Name

Allison G. Velkes
Signature

SERVICE LIST
*In re PETCO CORPORATION SECURITIES LITIGATION*
U.S.D.C. - S. D. Cal. Case No: 05-CV-0823 H (RBB)

Daniel S. Drosman, Esq.
David A. Thorpe, Esq.
Ted Minahan, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
(BY MAIL)

Patrick J. Coughlin, Esq.
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
9601 Wilshire Boulevard, Suite 510
Los Angeles, CA 90210
Telephone: (310) 859-3100
Facsimile: (310) 278-2148
(BY MAIL)

Peter H. Benzian, Esq.
Timothy A. Horton, Esq.
Dennis M. Klein, Esq.
LATHAM & WATKINS LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419
(BY MAIL)

Timothy R. Pestotnik, Esq.
Russell A. Gold, Esq.
LUCE FORWARD HAMILTON & SCRIPPS LLP
600 West Broadway, Suite 2600
San Diego, CA 92101-3375
Telephone: (619) 236-1414
Facsimile: (619) 696-8311
(BY MAIL)

Andrew B. Weissman, Esq.
John A. Valentine, Esq.
WILMER CUTLER PICKERING HALE & DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
(BY MAIL)