FILED
2006 SEP 15 AM 8:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

In re PETCO ANIMAL SUPPLIES INC. SECURITIES LITIGATION,

CASE NO. 05-CV-0823-H (RBB)

ORDER SUBMITTING MOTION TO CLARIFY WITHOUT ORAL ARGUMENT

[Docket Nos. 62 & 63]

The Partnership Defendants[1] have filed a motion to clarify this Court's August 1, 2006 Order granting their motion to dismiss the Consolidated Complaint. The Court has reviewed the moving papers and concludes that the motion is suitable for resolution on the briefs. Civil Local Rule 7.1(d)(1). Accordingly, the Court vacates the October 10, 2006 hearing.

IT IS SO ORDERED.

DATED: 9/13/06

[signature]
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

cc: all parties

[1]Texas Pacific Group, Inc., TPG Advisors III, TPG Partners III, L.P., TPG Parallel III, L.P., TPG Dutch Parallel III, C.V., TPG Investors III, L.P., FOF Partners III, L.P., FOF Partners III-B, L.P., David Bonderman, Jonathan Coslet, James Coulter, William Price, Leonard Green & Partners, L.P., Green Equity Investors III, L.P., John Baumer, John Danhakl, Jonathan Sokoloff, and Peter Nolan.