ORIGINAL

**WILMER CUTLER PICKERING HALE & DORR, LLP**
Andrew B. Weissman, Esq.
John A. Valentine, Esq.
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. No.: 202.663.6000 / Fax No.: 202.663.6363

FILED
06 SEP 25 PM 2:31

**PESTOTNIK + GOLD LLP**
Timothy R. Pestotnik, State Bar No. 128919
Russell A. Gold, State Bar No. 179498
401 West A Street, Suite 1600
San Diego, California 92101
Tel: 619.237.3000 / Fax: 619.342.8020

Attorneys for Defendants. *Texas Pacific Group, Inc., TPG Advisors III, TPG Partners III, L.P., TPG Parallel III, L.P., TPG Dutch Parallel III, C.V., TPG Investors III, L.P., FOF Partners III, L.P., FOF Partners III-B, L.P., David Bonderman, James G. Coulter, William S. Price III, and Jonathan J. Coslet*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PETCO CORPORATION SECURITIES LITIGATION | Case No. 05-CV-0823-H (RBB) |
| ——————————————— | **SUBSTITUTION OF ATTORNEY** |
| This Document Relates To: | |
| ALL ACTIONS. | |
| ——————————————— | |

TO THE COURT AND ALL PARTIES:

Please be advised that co-defendants Texas Pacific Group, Inc., TPG Advisors III, TPG Partners III, L.P., TPG Parallel III, L.P., TPG Dutch Parallel III, C.V., TPG Investors III, L.P., FOF Partners III, L.P., FOF Partners III-B, L.P., David Bonderman, James G. Coulter, William S. Price III, and Jonathan J. Coslet (hereinafter referred to collectively as "Texas Pacific Group") hereby substitutes the law firm of PESTOTNIK + GOLD LLP as co-counsel of record in this action, replacing LUCE, FORWARD, HAMILTON & SCRIPPS LLP.

Texas Pacific Group's new co-counsel of record, PESTOTNIK + GOLD, by Timothy R.



| | |
|---|---|
| 1 | Pestotnik and Russell A. Gold, are located at 401 West A Street, Suite 1600, San Diego, California |
| 2 | 92101; 619.237.5080 / Fax: 619.342.8020. |
| 3 | I consent to this substitution. |
| 4 | September _____, 2006        **TEXAS PACIFIC GROUP** |
| 5 | |
| 6 | By: _____ |
| 7 | Andrew B. Weissman / Authorized Representative |
| 8 | I consent to this substitution. |
| 9 | September 21, 2006        **LUCE, FORWARD, HAMILTON & SCRIPPS LLP** |
| 10 | |
| 11 | By: /s/ Ryan T. Williams |
| 12 | Ryan T. Williams |
| 13 | I consent to this substitution. |
| 14 | September _____, 2006        **PESTOTNIK + GOLD LLP** |
| 15 | |
| 16 | By: _____ |
| 17 | Timothy R. Pestotnik / Attorneys for Defendants TEXAS PACIFIC GROUP |
| 18 | |
| 19 | |
| 20 | September _____, 2006        **WILMER CUTLER PICKERING HALE & DORR LLP** |
| 21 | |
| 22 | By: _____ Andrew B. Weissman |
| 23 | John B. Valentine / Attorneys for Defendant TEXAS PACIFIC GROUP |
| 24 | |
| 25 | |
| 26 | M:\TPG\TPG Securities - Substitution of Attorney.doc |
| 27 | |
| 28 | |

1  Pestotnik and Russell A. Gold, are located at 401 West A Street, Suite 1600, San Diego, California
2  92101; 619.237.5080 / Fax: 619.342.8020.
3  I consent to this substitution.
4  September 21, 2006         TEXAS PACIFIC GROUP
5
6                              By: _____
7                                  Andrew B. Weissman
                                    Authorized Representative
8  I consent to this substitution.
9  September ____, 2006        LUCE, FORWARD, HAMILTON & SCRIPPS LLP
10
11                             By: _____
12                                 Ryan T. Williams
13
   I consent to this substitution.
14
15 September ____, 2006         PESTOTNIK + GOLD LLP
16
                               By: _____
17                                 Timothy R. Pestotnik
                                   Attorneys for Defendants TEXAS PACIFIC GROUP
18
19
20 September 21, 2006           WILMER CUTLER PICKERING HALE & DORR LLP
21
22                             By: _____
                                   Andrew B. Weissman
23                                 John B. Valentine
                                   Attorneys for Defendant TEXAS PACIFIC GROUP
24
25
26 M:\TPG\TPG Securities - Substitution of Attorney.doc
27
28

|  |  |
|---|---|
| 1 | Pestotnik and Russell A. Gold, are located at 401 West A Street, Suite 1600, San Diego, California |
| 2 | 92101; 619.237.5080 / Fax: 619.342.8020. |

I consent to this substitution.

September _____, 2006            **TEXAS PACIFIC GROUP**


By: _____
    Andrew B. Weissman
    Authorized Representative

I consent to this substitution.

September _____, 2006            **LUCE, FORWARD, HAMILTON & SCRIPPS** LLP


By: _____
    Ryan T. Williams

I consent to this substitution.

September 21, 2006            **PESTOTNIK + GOLD** LLP


By: _/s/_____
    Timothy R. Pestotnik
    Attorneys for Defendants TEXAS PACIFIC GROUP

September _____, 2006            **WILMER CUTLER PICKERING HALE & DORR** LLP


By: _____
    Andrew B. Weissman
    John B. Valentine
    Attorneys for Defendant TEXAS PACIFIC GROUP

**IT IS SO ORDERED**
DATED 9/25/06

_/s/ M. James Lorenz_
UNITED STATES DISTRICT JUDGE

M:\TPG\TPG Securities - Substitution of Attorney.doc

|   |   |
|---|---|
| 1 | **WILMER CUTLER PICKERING HALE & DORR, LLP** |
| 2 | Andrew B. Weissman, Esq.<br>John A. Valentine, Esq. |
| 3 | 1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006 |
| 4 | Tel: No.: 202.663.6000 / Fax No.: 202.663.6363 |
| 5 | **PESTOTNIK + GOLD LLP** |
| 6 | Timothy R. Pestotnik, State Bar No. 128919<br>Russell A. Gold, State Bar No. 179498 |
| 7 | 401 West A Street, Suite 1600<br>San Diego, California 92101 |
| 8 | Tel: 619.237.3000 / Fax: 619.342.8020 |

Attorneys for Defendants. *Texas Pacific Group, Inc., TPG Advisors III, TPG Partners III, L.P., TPG Parallel III, L.P., TPG Dutch Parallel III, C.V., TPG Investors III, L.P., FOF Partners III, L.P., FOF Partners III-B, L.P., David Bonderman, James G. Coulter, William S. Price III, and Jonathan J. Coslet*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re PETCO CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Case No. 05-CV-0823-H (RBB)<br><br>**PROOF OF SERVICE** |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | | |

I, the undersigned, declare under penalty of perjury that I am over the age of 18 years and not a party to this action, and that I caused to be served on all counsel listed below the following:

**SUBSTITUTION OF ATTORNEY**

| LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Daniel S. Drosman, Esq.<br>David A. Thorpe, Esq.<br>Ted Minahan, Esq.<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 231-1058 / Fax: (619) 231-7423<br>*Lead Counsel for PLAINTIFFS* | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Patrick J. Coughlin, Esq.<br>9601 Wilshire Boulevard, Suite 510<br>Los Angeles, CA 90210<br>Tel: (310) 859-3100 / Fax: (310) 278-2148<br>*Counsel for PLAINTIFFS* |
|---|---|

| | |
|---|---|
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>Eric S. Waxman, Esq.<br>Robert F. LeMoine, Esq.<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Tel: (213) 687-5000 / Fax: (213) 687-5600<br>*Counsel for Defendants LEONARD GREENE & PARTNERS, L.P.; GREEN EQUITY INVESTORS III, L.P.; JOHN DANHAKL; PETER J. NOLAN; JONATHAN D. SOKOLOFF; JOHN M. BAUMER* | WILMER CUTLER PICKERING HALE & DORR, LLP<br>Andrew B. Weissman, Esq.<br>John A. Valentine, Esq.<br>1875 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 663-6000 / Fax (202) 663-6363 |

LATHAM & WATKINS LLP
Peter H. Benzian, Esq.
Timothy A. Horton, Esq.
Dennis M. Klein, Esq.
600 West Broadway, Suite 1800
San Diego, CA 92101-3375
Tel: (619) 236-1234 / Fax: (619) 696-7419
*Counsel for Defendant PETCO*

in the following manner:

_____ **U. S. MAIL:** I placed a copy in a separate envelope, with postage fully prepaid for collection and mailing on the below indicated day following the ordinary business practices at Pestotnik + Gold LLP. I certify I am familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit or mailing affidavit.

_____ **OVERNIGHT MAIL:** I sent a copy via overnight mail on _____.

_____ **OVERNIGHT COURIER SERVICE:** I placed a copy in a separate envelope addressed to each addressee as indicated below, and caused such envelope(s) to be delivered via _____.

_____ **HAND DELIVERY:** I placed a copy in a separate envelope addressed to addressee as indicated above, and delivered it to Cal Express for personal service.

\_\_X\_\_ **FACSIMILE:** I sent a copy via facsimile transmission to the telefax number(s) indicated below. The facsimile machine I used complied with California Rules of Court, Rule 2003 and no error was reported by machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

\_\_X\_\_ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at San Diego, California on September 22, 2006.

_____
EMMA J. GÜNER

M:\TPG\POS\-TPG Master POS Federal.doc