**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

<u>IN RE PETCO ANIMAL SUPPLIES SECURITIES LITIGATION</u>   Case No. <u>06CV823H(RBB)</u>
                                                                                          **Time Spent:**_____

<u>HON. RUBEN B. BROOKS</u>     <u>CT. DEPUTY VICKY LEE</u>                                <u>Rptr.</u>

<u>Attorneys</u>
         <u>Plaintiffs</u>                                        <u>Defendants</u>

PROCEEDINGS:    ____ In Chambers      ____ In Court      ____ Telephonic

The early neutral evaluation conference on October 20, 2006, is vacated and reset for November 7, 2006, at 2:00 p.m.

DATE: <u>October 18, 2006</u>        IT IS SO ORDERED:   *[signature]*
                                                         Ruben B. Brooks,
                                                         U.S. Magistrate Judge
cc:  Judge Huff                                          INITIALS: <u>VL (mg/irc)</u> Deputy
     All Parties of Record