LATHAM & WATKINS LLP
Peter H. Benzian (Cal. Bar No. 047456)
Robert J. Blair (Cal. Bar No. 199164)
Dennis M. Klein (Cal. Bar No. 216419)
600 West Broadway, Suite 1800
San Diego, California 92101-3375
Telephone: (619) 236-1234
Facsimile: (619) 696-7419

Attorneys for PETCO ANIMAL SUPPLIES, INC. and
Individual Defendants Rodney Carter, Robert Brann,
Julian Day, Brian Devine, Bruce Hall, James Myers
and Razia Richter

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PETCO ANIMAL SUPPLIES INC. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 05-CV-0823-H (RBB)<br><br>CLASS ACTION<br><br>**ORDER AUTHORIZING DEFENDANT PETCO ANIMAL SUPPLIES, INC. AND INDIVIDUAL DEFENDANTS TO FILE THEIR OPPOSITION PAPERS TO PLAINTIFFS' MOTION TO COMPEL THIRD PARTY KPMG TO PRODUCE DOCUMENTS RESPONSIVE TO PLAINTIFFS' SUBPOENA *DUCES TECUM* UNDER SEAL**<br><br>The Honorable Rueben B. Brooks<br>Hearing Date: N/A<br>Time: N/A |

The court, having considered the papers submitted by counsel, HEREBY ORDERS

THAT Defendant PETCO ANIMAL SUPPLIES, INC. and the Individual Defendants are

authorized to file under seal their papers in Opposition to Plaintiffs' Motion To Compel Third

/ / /

/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

Case Number: 05 CV 0823 H (RBB)
Order Authorizing Filing of Opposition to Motion to
Compel Under Seal

1  Party KPMG to Produce Documents Responsive to Plaintiffs' Subpoena *Duces Tecum*.

2  IT IS SO ORDERED.

3

4  Dated: June 21, 2007

5  _____
6  THE HONORABLE RUBEN B. BROOKS
   UNITED STATES MAGISTRATE JUDGE