UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PETCO CORPORATION SECURITIES LITIGATION | Master File No. 05-CV-0823-H(RBB) |
| | CLASS ACTION |
| This Document Relates To: | ORDER GRANTING JOINT MOTION REGARDING BRIEFING AND HEARING SCHEDULE FOR JOINT MOTIONS |
| ALL ACTIONS. | |

Having considered the parties' Joint Motion Regarding Briefing and Hearing Schedule for Pretrial Motions and for good cause shown, the COURT HEREBY ORDERS THAT:

1. Certain pre-trial motions, including motions for summary judgment and Daubert motions, shall be briefed and heard according to the following schedule:

    (a) Pretrial motions shall be filed on or before February 25, 2008;

    (b) Opposition papers shall be filed on or before March 31, 2008;

    (c) Replies shall be filed on or before April 14, 2008;

    (d) A hearing on pretrial motions shall be held on April 21, 2008 at 10:30 a.m. before the Honorable Marilyn L. Huff.

///

///

///

1  2.	The page limits for the parties' summary judgment briefs only shall be modified as
2 follows: opening motions shall be no longer than 50 pages; opposition briefs shall be no longer than
3 50 pages; and replies shall be no longer than 25 pages.
4  IT IS SO ORDERED.

5
DATED: October 17, 2007          _____
6                                                    THE HONORABLE MARILYN L. HUFF
                                                         UNITED STATES DISTRICT JUDGE